**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FOREMOST PROPERTIES, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:14cv12 |
| | § | (Judge Clark/Judge Mazzant) |
| ANTHONY HACKER, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 19, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Remand [Doc. #6] be granted and the case remanded to County Court at Law No. 2 of Denton County, Texas. The court further recommended that Defendant pay Plaintiff's costs and reasonable attorney's fees.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Motion to Remand [Doc. #6] is granted, and this case is remanded to County Court at Law No. 2 of Denton County, Texas.

It is further **ORDERED** that Defendant shall pay Plaintiff's attorney's fees in the amount of $1000.00 and costs in the amount of $12.31, as set forth in the Affidavit of Don R. White, Jr. in Support of Plaintiff's Request for Attorney's Fees [Doc. #10].

All relief not previously granted is **DENIED**.

So **ORDERED** and **SIGNED** this **3** day of **June, 2014.**

_____
Ron Clark, United States District Judge